Eastern District of Kentucky
FILED
MAR 25 2010
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT
DEC 02 2009
Eastern District of Kentucky (MRS)
TENDERED

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

CRIMINAL ACTION NO. 6:09-CR-70

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | **PLEA AGREEMENT** |
| **WILD WILLIES, LLC** | **DEFENDANT** |

\* \* \* \* \*

1. Pursuant to Federal Rule of Criminal Procedure 11(c), the Defendant will enter a guilty plea to Count 1 of the Information, charging a violation of 31 U.S.C. § 5324(a)(3) and (d), Structuring Transactions to Evade Reporting Requirements. In exchange, the United States agrees that it will not file any additional charges against the Defendant or its members pertaining to the structuring violations detailed in the Information and the Statement of Facts outlined herein.

2. The essential elements of Count 1 are:

   (a) The defendant knowingly structured, attempted to structure, or assisted in structuring a currency transaction;
   (b) The defendant knew of the domestic financial institution's legal obligation to report transactions in excess of $10,000; and
   (c) The purpose of the structured transaction was to evade that reporting obligation.

3. As to Count 1, the United States could prove the following facts that establish the essential elements of the offense beyond a reasonable doubt, and the Defendant admits these facts:

Wild Willies, LLC ("the LLC") is family owned and operated. Some of the family members have particular jobs within the business. David Turner was the registered "organizer" of Wild Willies, LLC, its registered agent, and was a member of the LLC empowered to effect transactions and conduct business on its behalf. David Turner was also the corporate Treasurer and as such was responsible for most of the financial transactions including bank deposits and issuing checks.

Wild Willies, LLC has three active bank accounts which are located at the Hometown Bank of Corbin. Account number ***106 is the general business checking account.

Between June 24, 2008 through May 8, 2009, twenty-three (23) currency deposits were made, by David Turner as Treasurer of Wild Willies, LLC or by another individual empowered to act on the LLC's behalf, in the amount of $9,000 or greater and a total of thirty-six (36) same and consecutive day currency deposits were made into account number ***106 totaling $277,891.25. These same and consecutive day currency deposits are as follows:

| Date | Day of Week | Amount |
|---|---|---|
| 06/24/2008 | Tuesday | $3,785.00 |
| 06/25/2008 | Wednesday | $9,725.00 |
| 06/26/2008 | Thursday | $9,915.00 |
| 06/27/2008 | Friday | $9,900.00 |
| 07/02/2008 | Wednesday | $9,500.00 |
| 07/03/2008 | Thursday | $9,900.00 |
| 07/07/2008 | Monday | $9,540.00 |
| 07/08/2008 | Tuesday | $1,759.00 |
| 07/09/2008 | Wednesday | $9,920.00 |

| | | |
|---|---|---|
| 07/10/2008 | Thursday | $9,900.00 |
| 07/28/2008 | Monday | $9,950.00 |
| 07/29/2008 | Tuesday | $9,600.00 |
| 07/30/2008 | Wednesday | $8,147.00 |
| 07/31/2008 | Thursday | $9,800.00 |
| 08/01/2008 | Friday | $7,500.00 |
| 08/05/2008 | Tuesday | $4,775.00 |
| 08/06/2008 | Wednesday | $8,530.00 |
| 08/07/2008 | Thursday | $8,000.00 |
| 08/12/2008 | Tuesday | $6,130.00 |
| 08/13/2008 | Wednesday | $6,135.00 |
| 08/13/2008 | Wednesday | $5.00 |
| 08/14/2008 | Thursday | $2,719.25 |
| 08/20/2008 | Wednesday | $2,000.00 |
| 08/21/2008 | Thursday | $5,265.00 |
| 09/17/2008 | Wednesday | $2,000.00 |
| 09/18/2008 | Thursday | $9,900.00 |
| 12/08/2008 | Monday | $9,999.00 |
| 12/09/2008 | Tuesday | $690.00 |
| 02/12/2009 | Thursday | $9,800.00 |
| 02/13/2009 | Friday | $9,900.00 |
| 02/16/2009 | Monday | $9,900.00 |
| 02/17/2009 | Tuesday | $9,900.00 |
| 02/18/2009 | Wednesday | $9,400.00 |
| 02/19/2009 | Thursday | $9,000.00 |

| 05/07/09 | Thursday | $9,961.00 |
| 05/08/09 | Friday | $9,941.00 |

The corporate officer of Wild Willies, LLC making the deposits outlined above - the Treasurer, David Turner - was acting within the scope of his employment in depositing the listed funds and had the authority to act on behalf of the LLC and was in fact acting on behalf of the LLC. The deposits outlined above were made as they were so as to avoid the $10,000 reporting requirement, about which David Turner, acting in the scope of his employment and on behalf of Wild Willies, LLC, knew.

In addition to account #***106, Wild Willies, LLC also maintained account #***117. Between May 12, 2009 and July 7, 2009, David Turner, acting in the scope of his employment and with the authority to transact business on behalf of the LLC, made currency deposits in the amounts listed below.

| Date | Day | Amount |
|---|---|---|
| 05/12/2009 | Tuesday | $6,010.00 |
| 05/13/2009 | Wednesday | $6,000.00 |
| 05/18/2009 | Monday | $1,200.00 |
| 05/19/2009 | Tuesday | $3,140.85 |
| 05/20/2009 | Wednesday | $6,200.00 |
| 06/15/2009 | Monday | $5,115.30 |
| 06/15/2009 | Monday | $820.00 |
| 06/16/2009 | Tuesday | $7,850.00 |
| 06/17/2009 | Wednesday | $8,200.00 |
| 06/18/2009 | Thursday | $9,500.00 |
| 06/22/2009 | Monday | $8,615.00 |
| 06/23/2009 | Tuesday | $8,000.00 |
| 06/24/2009 | Wednesday | $8,000.00 |
| 06/25/2009 | Thursday | $1,900.00 |

| 06/26/2009 | Friday | $9,900.00 |
| 06/29/2009 | Monday | $9,950.00 |
| 06/30/2009 | Tuesday | $9,800.00 |
| 07/01/2009 | Wednesday | $9,079.00 |
| 07/02/2009 | Thursday | $9,950.00 |
| 07/03/2009 | Friday | $9,800.00 |
| 07/06/2009 | Monday | $9,900.00 |
| 07/07/2009 | Tuesday | $9,900.00 |

The deposits outlined above into account #***117 were made as they were so to avoid the $10,000 reporting limit, about which David Turner knew.

4. The maximum statutory punishment for Count 1 is a fine of not more than $500,000. A mandatory special assessment of $400 applies, and the Defendant will pay this assessment to the U.S. District Court Clerk as directed by the Court.

5. The United States agrees not to oppose the Defendant's argument to the Court that no fine should be imposed in this case.

6. The Defendant agrees to have the Wild Willies, LLC member who signs this plea agreement on behalf of Wild Willies, LLC present in Court to enter the guilty plea.

7. The Defendant agrees to provide to the United States a resolution signed by all Wild Willies, LLC members agreeing to the plea agreement and the resolution prior to the date of arraignment in this matter. The Defendant understands the resolution will be attached to this Plea Agreement for review by the Court.

8. The Defendant waives the right to appeal and the right to attack collaterally its guilty plea, conviction, and sentence, including any order of restitution or fine.

9. The Defendant and its members agree not to contest and/or file a claim with regard to the administrative forfeiture of funds by the Internal Revenue Service of $134,846.72 seized from account #***106 and $98,760.43 seized from account #***117 at the Hometown Bank of Corbin. The Defendant acknowledges that these funds constitute property (or funds traceable thereto) involved in violations of 31 U.S.C. § 5324 and are therefore subject to forfeiture to the United States pursuant to 31 U.S.C. § 5317 and/or 18 U.S.C. § 981.

10. If the Defendant violates any part of this Agreement, the United States may void this Agreement and seek an indictment for any violations of federal laws, and the Defendant waives any right to challenge the initiation of additional federal charges.

11. This document contains the complete and only Plea Agreement between the United States Attorney for the Eastern District of Kentucky and the Defendant, Wild Willies, LLC. The United States has not made any other promises to the Defendant other than those contained within this Plea Agreement.

12. This Agreement does not bind United States Attorney's Offices in other districts, or any other federal, state, or local prosecuting authorities.

13. The Defendant and the Defendant's attorney acknowledge that the Defendant understands this Agreement, that the Defendant's attorney has fully explained this

Agreement to the Defendant, and that the Defendant's entry into this Agreement is voluntary.

                                                JAMES A. ZERHUSEN
                                                UNITED STATES ATTORNEY

Date: Dec. 22 2009      By: _____
                                                Benjamin G. Dusing
                                                Assistant United States Attorney

Date: September 23, 2009      By: _____
                                                Wild Willies, LLC
                                                Defendant

Date: 9/28/09                     _____
                                                Stephan Charles
                                                Attorney for Defendant

**APPROVED**, this 25th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE